

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
3/4/2015 2:24:36 PM
CHRISTOPHER A. PRINE
Clerk

## JOHN D. KINARD
### DISTRICT CLERK
### GALVESTON COUNTY, TEXAS

March 04, 2015

Christopher Prine Clerk
14th Court of Appeals
301 Fannin, Suite 245
Houston, Texas 77002-2066

### NOTICE OF ASSIGNMENT ON APPEAL

**IN RE: State of Texas vs. William Cody Thompson**
**CASE NUMBER: 13-CR-2837**
**56th District Court**

Dear Clerk:

Please find enclosed a copy of the notice of appeal was filed in the above case. This case is assigned to the **14th COURT OF APPEALS, HOUSTON TEXAS.** Please note the following information.

**Date of Judgment or Order Appealed from: February 19, 2015 (Judgment of Conviction by Jury)**
**Notice of Appeal: 02/19/2015**
**Motion for New Trial: N/A**
**Offense Convicted of: POSS OF CHILD PORNOGRAPHY**
**Judgment and Sentence: Ten (10) Year's Probation**
**Trial Judge: Lonnie Cox**
**Court Reporter: Dale Lee**

Any motions for Extension of Time to file the record on appeals must be filed directly with the Court of Appeals. A copy of this assignment letter is being mailed to all counsel of record. Thank you.

Sincerely,

JOHN D. KINARD
DISTRICT CLERK
GALVESTON COUNTY, TEXAS

By: _____
Terrie Kahla

*600 59th Street, Room 4401, Galveston County Justice Center, Galveston, Texas 77551-2388*

*Phone (409) 766-2424 Fax (409) 766-2292*

13 – CR – 2837
DCAPALCA
Appeal – Assignment Letter to the Court of Ap
1001965



CC: With Attachment Notice of Appeal

CC: Jack Roady, Criminal District Attorney of Galveston County, Texas
600 59th Street, Suite 1001
Galveston TX, 77551-4137

CC:  James Ducote, Attorney for Appellant
3027 Marina Bay Dr. Suite 110
League City TX  77573-2888

CC: Dale Lee, 56th Court Reporter
600 59th Street
Galveston, TX 77550

CAUSE NUMBER 13CR2837

THE STATE OF TEXAS        2015 FEB 19 AM 9:56 N THE DISTRICT COURT OF

VS.                                      GALVESTON, COUNTY, TEXAS

William Cody Thompson        56th JUDICIAL DISTRICT

### NOTICE OF APPEAL

On this 18th day of February 2015 the Defendant individually or by Attorney, in the above styled and numbered cause by written notice hereby excepts to Judgment/Sentence or appealable order. Defendant hereby gives Notice of Appeal to be filed in the Court of Appeals, 1st or 14th Supreme Judicial District:

_____
_____
_____
_____
_____

_____
Defendant

Or

_____
Attorney
State BarNo._____

## The Following to be Completed by Clerk:

Date of Judgment or other Order Appealed from: _____
Name of Trial Court Judge: _____
Name of Court Reporter: _____
Name of Attorney on Appeal: _____ Bar No. _____
Address: _____
Telephone No. _____ Fax No. _____
Name of State's Attorney on Appeal : Jack Roady, Bar No. 24027780 Galveston County Criminal District Attorney, Galveston County Courthouse, 600 59TH Street, Galveston, Texas 77551 Phone No. (409) 766-2355 Fax No. (409) 766-2290
Defendant Incarcerated?    Yes_____ No_____
Offense Convicted of:_____
Punishment Assessed:_____
Who Assessed Punishment?  Trial Court_____ Jury_____
Appeals Consolidated under this Cause No: _____
Companion Case, if Applicable:_____
Defendant on Appeal Bond? Yes_____ No_____

13 – CR – 2837
DCAF
Appeal – Notice
995430

3